1  MANATT, PHELPS & PHILLIPS, LLP
   BARRY W. LEE (Bar No. CA 088685)
2  E-mail:  BWLee@manatt.com
   CHRISTOPHER L. WANGER (Bar No. CA 164751)
3  E-mail:  cwanger@manatt.com
   AMY B. BRIGGS (Bar No. CA 194028)
4  E-mail:  ABriggs@manatt.com
   One Embarcadero Center, 30th Floor
5  San Francisco, CA  94111
   Telephone:  (415) 291-7400
6  Facsimile:  (415) 291-7474

7  Attorneys for Defendants
   JONES HELSLEY PC,  TIMOTHY JONES,  JACK HINDMARSH
8  and JACK HINDMARSH, PLC

9
                    UNITED STATES DISTRICT COURT
10
                         EASTERN DISTRICT
11
                         FRESNO DIVISION
12

13
   CAROLINA CASUALTY INSURANCE          No.  1:10-CV-00916-LJO-SKO
14 COMPANY, an Iowa Corporation,
                                        **ORDER ON STIPULATION AND**
15              Plaintiff,              **REQUEST FOR A CONTINUANCE OF**
                                        **INITIAL SCHEDULING CONFERENCE**
16         vs.

17 JONES HELSLEY PC, a California
   Professional Corporation, TIMOTHY     Scheduling Conference set for:
18 JONES, ESQ., a California Resident,       September 23, 2010 @ 9:30 a.m.
   JACK HINDMARSH, ESQ., a California       Courtroom 8
19 Resident, JACK HINDMARSH, PLC, a
   California Professional Law Corporation;
20 and DOES 1 - 45, inclusive,

21              Defendants.

22

23

24         WHEREAS, this is an action in which Plaintiff Carolina Casualty Insurance

25 Company ("Plaintiff") seeks a declaratory judgment that its insureds, Defendants Jones Helsley

26 PC, Timothy Jones, Esq., Jack Hindmarsh, Esq., and Jack Hindmarsh, PLC (collectively,

27 "Defendants") are not entitled to coverage with respect to an underlying action captioned *James*

28 *A. Bratton and Bratton Investments, LLC v. Timothy Jones, Jones & Helsley, Miranda Jones,*

MANATT, PHELPS &       No.  1:10-CV-00916-LJO-SKO          1      [PROPOSED] ORDER ON STIP. AND REQUEST
  PHILLIPS, LLP                                                         TO CONTINUE SCHEDULING CONFERENCE
 ATTORNEYS AT LAW
  SAN FRANCISCO

1    *Jack Hindmarsh, Jack Hindmarsh, PLC, et al.*, Superior Court of the State of California for the

2    County of Fresno Case No. 10 CEC G02212, which was originally filed in the Superior Court of

3    the State of California for the County of Mariposa (the "Underlying Action");

4            WHEREAS, a mediation is scheduled in the Underlying Action for August 27,

5    2010, which could resolve the Underlying Action;

6            WHEREAS, the Initial Scheduling Conference in this action is presently scheduled

7    for August 31, 2010;

8            WHEREAS, the parties seek a continuance in order to avoid incurring the costs

9    associated with an Initial Scheduling Conference prior to the mediation, thereby promoting

10   opportunities for resolution  of this action; and

11           WHEREAS, the parties agree in the interim to the requested continuance set forth

12   in a related Stipulation and Request pursuant to Eastern District Local Rules 143 and 144 that the

13   Court grant their request for a continuance of the Initial Scheduling Conference until **September**

14   **23, 2010, at 9:30 a.m.**

15           WHEREAS, the parties also stipulate and request that all deadlines triggered by

16   the Initial Scheduling Conference, including but not limited to the Federal Rules of Civil

17   Procedure, Rule 26 conference and the parties' Initial Disclosures, be continued and calendared in

18   accordance with the date of the continued Initial Scheduling Conference.

19   ORDER

20

21

22   IT IS SO ORDERED.

23     Dated:   **August 11, 2010**                    **/s/ Sheila K. Oberto**

     UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

No.  1:10-CV-00916-LJO-SKO      2      [PROPOSED] ORDER ON STIP. AND REQUEST
TO CONTINUE SCHEDULING CONFERENCE