MANATT, PHELPS & PHILLIPS, LLP
BARRY W. LEE (Bar No. CA 088685)
E-mail: BWLee@manatt.com
CHRISTOPHER L. WANGER (Bar No. CA 164751)
E-mail: cwanger@manatt.com
AMY B. BRIGGS (Bar No. CA 194028)
E-mail: ABriggs@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

Attorneys for Defendants
JONES HELSLEY PC, TIMOTHY JONES, JACK HINDMARSH, and
JACK HINDMARSH, PLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

FRESNO DIVISION

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, an Iowa Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JONES HELSLEY PC, a California Professional Corporation, TIMOTHY JONES, ESQ., a California Resident, JACK HINDMARSH, ESQ., a California Resident, JACK HINDMARSH, PLC, a California Professional Law Corporation; and DOES 1 - 45, inclusive,<br><br>Defendants. | No.  1:10-CV-00916-LJO-SKO<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Plaintiff, Carolina Casualty Insurance Company ("Plaintiff"), hereby stipulates through its counsel of record, pursuant to Eastern District Local Rule 144(a), that the time for Defendants Jones Helsley PC, Timothy Jones, Esq., Jack Hindmarsh, Esq., and Jack Hindmarsh, PLC (collectively, "Defendants") to file a responsive pleading to Plaintiff's First Amended Complaint is extended seven (7) days to September 14, 2010.

One previous 14-day extension has already been granted for Defendants to file a

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

No.  1:10-CV-00916-LJO-SKO        1        STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE RESPONSE TO FIRST AMENDED COMPLAINT

responsive pleading to Plaintiff's First Amended Complaint [Docket No. 13].

   IT IS SO STIPULATED:

Dated: September 2, 2010   WOOTTON LAW GROUP LLP
              Chad B. Wootton
              Amy T. Wootton


              By: s/ Chad B. Wootton
                 Chad B. Wootton
                 *Attorneys for Plaintiff*
                 CAROLINA CASUALTY INSURANCE
                 COMPANY

Dated: September 2, 2010   MANATT, PHELPS & PHILLIPS, LLP
              Barry W. Lee
              Christopher L. Wanger
              Amy B. Briggs


              By: s/ Amy B. Briggs
                 Barry W. Lee
                 *Attorneys for Defendants*
                 JONES HELSLEY PC, TIMOTHY JONES,
                 JACK HINDMARSH, and JACK HINDMARSH,
                 PLC

## **ORDER**

   Pursuant to the foregoing stipulation and good cause appearing, IT IS ORDERED that Defendants' time to file a responsive pleading to Plaintiff's First Amended Complaint is extended to September 14, 2010.

IT IS SO ORDERED.

   Dated: **September 3, 2010**     **/s/ Sheila K. Oberto**
                    UNITED STATES MAGISTRATE JUDGE

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

No. 1:10-CV-00916-LJO-SKO   2   STIPULATION AND ORDER EXTENDING
DEADLINE TO FILE RESPONSE TO FIRST
AMENDED COMPLAINT