1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9
10

CAROLINA CASUALTY INSURANCE
COMPANY,

Plaintiff,

v.

JONES HELSLEY, et al.,

Defendants.

_____/

CASE NO.    1:10-cv-916-LJO-MJS

ORDER ADOPTING FINDINGS AND
RECOMMENDATION AND GRANTING
DEFENDANTS' MOTION TO STAY

(ECF Nos. 29 & 66)

PARTIES TO FILE STATUS REPORT BY
JUNE 30, 2011 AND EVERY SIXTY DAYS
THEREAFTER

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

On January 13, 2011, the Magistrate Judge issued Findings and Recommendations that Defendants' Motion to Stay be granted.  (ECF No. 66.)  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days after service of the order.  Replies to the objections were to be filed within ten (10) days after service of the objections.  On February 11, 2011, Plaintiff filed objections.  Defendants did not file a reply.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are

1   supported by the record and proper analysis.

2       Accordingly, IT IS HEREBY ORDERED that:

3   1.    The Findings and Recommendations issued January 13, 2011, are adopted

4         in full;

5

6   2.    Defendants' Motion to Stay is GRANTED;

7   3.    The parties shall file a joint report outlining the status of the underlying action

8         not later than June 30, 2011 and every sixty (60) days thereafter.  If the

9         underlying action is resolved at any time, the parties shall promptly notify the

10        Court.

11

12

13  IT IS SO ORDERED.

14  **Dated:    February 24, 2011           /s/ Lawrence J. O'Neill**

15                      UNITED STATES DISTRICT JUDGE