IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JONES HELSLEY, PC, et al.,<br><br>Defendants._____/ | CASE NO. 1:10-cv-00916-LJO-MJS<br><br>**ORDER OF RECUSAL** |

This matter currently is stayed by Order of this Court issued February 25, 2011, adopting the Magistrate Judge's Findings and Recommendations. (ECF Nos. 74 and 66, respectively.) Consistent with the terms of the stay Order, Plaintiff filed a motion for relief from the stay on November 4, 2011. (ECF No. 85.) That motion is briefed and awaits a ruling.

One of the Defendants in the case is the predecessor law firm of a firm recently joined by Oliver W. Wanger, former United States District Court Judge of the Eastern District of California. The ruling on this motion has the potential to affect at least indirectly that successor law firm. As a consequence, a reasonable person with knowledge of all the facts would conclude that the impartiality of the undersigned "might reasonably be questioned." 28 U.S.C. § 455(a).

///

1

1  Accordingly, the undersigned recuses himself from the case and will take no further
2  action on it.

5  IT IS SO ORDERED.

6  Dated:   December 16, 2011           /s/ *Michael J. Seng*
   UNITED STATES MAGISTRATE JUDGE