O

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, | 1:10-cv-00916-LEW |
| Plaintiff, | **ORDER** |
| v. | |
| JONES HENSLEY, PC, et al., | |
| Defendants. | |

On December 19, 2011, Plaintiff Carolina Casualty Insurance Company's ("Plaintiff") Motion to Set Aside Stay was set for hearing before Magistrate Judge Michael J. Seng in the Eastern District of California [85].  Before the hearing, Magistrate Judge Seng recused himself from this Action, and the hearing was vacated [99].  On January 9, 2012, the Ninth Circuit reassigned all further proceeding in this Action to this Court [100].

Accordingly, the Court is in receipt of Plaintiff's

1

1  Motion to Set Aside Stay, including the Opposition and
2  the Reply.  On the Court's own motion, Plaintiff's
3  Motion to Set Aside Stay is hereby taken **UNDER**
4  **SUBMISSION**.  No appearances are necessary for this
5  Motion.

7  **IT IS SO ORDERED.**
8  DATED: February 8, 2012

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge