O

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, | 1:10-cv-00916-LEW |
| Plaintiff, | **ORDER** |
| v. | |
| JONES HENSLEY, PC, et al., | |
| Defendants. | |

On December 19, 2011, Plaintiff Carolina Casualty Insurance Company's ("Plaintiff") Motion to Set Aside Stay was set for hearing before Magistrate Judge Michael J. Seng in the Eastern District of California [85]. Before the hearing, Magistrate Judge Seng recused himself from this Action, and the hearing was vacated [99]. On January 9, 2012, the Ninth Circuit reassigned all further proceeding in this Action to this Court [100].

Accordingly, the Court is in receipt of Plaintiff's

Motion to Set Aside Stay, including the Opposition and the Reply.  On the Court's own motion, Plaintiff's Motion to Set Aside Stay is hereby taken **UNDER SUBMISSION**.  No appearances are necessary for this Motion.

**IT IS SO ORDERED.**

DATED: February 8, 2012

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge